**KALIELGOLD PLLC**
Jeffrey D. Kaliel (SBN 238293)
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783
jkaliel@kalielpllc.com

Sophia G. Gold (SBN 307971)
490 43rd Street, No. 122
Oakland, California 94609
Telephone: (202) 350-4783
sgold@kalielgold.com

**EDELSBERG LAW, P.A.**
Scott Edelsberg (SBN 330090)
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Tel: (305) 975-3320
scott@edelsberglaw.com

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| FIRST J PRODUCTIONS, INC., itself and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>IRON MOUNTAIN, INC. and IRON MOUNTAIN SECURE SHREDDING, INC.,<br><br>    Defendants. | Case No. 2:25-cv-04412-CV-MAR<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Hon. Cynthia Valenzuela |

1

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff First J Productions, Inc., hereby gives notice that this action is dismissed without prejudice, with each side to bear its own costs and attorneys' fees.

Dated: September 8, 2025

**KALIELGOLD PLLC**

By /s/ Jeffrey D. Kaliel
Jeffrey D. Kaliel
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783
jkaliel@kalielpllc.com

Sophia Goren Gold
490 43rd Street, No. 122
Oakland, California 94609
Telephone: (202) 350-4783
sgold@kalielgold.com

**EDELSBERG LAW, P.A.**
Scott Edelsberg (SBN 330090)
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Tel: (305) 975-3320
scott@edelsberglaw.com

*Attorneys for Plaintiff and the Proposed Class*

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1

### **CERTIFICATE OF SERVICE**

2

I hereby certify that on September 8, 2025, a true copy of the foregoing

3

document was electronically filed with the Clerk of the Court by using the CM/ECF

4

system. Participants in the case who are registered CM/ECF users will be served

5

by the CM/ECF system.

6

7

8

*/s/ Jeffrey D. Kaliel*
Jeffrey D. Kaliel

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE